1  THOMAS E. MULVIHILL, ESQ. (SBN 129906)
   TAMIKO A. DUNHAM, ESQ. (SBN 233455)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P.O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   CERTAIN SYNDICATES AT LLOYD'S,
7  LONDON, erroneously sued herein as
   UNDERWRITERS AT LLOYD'S,
8  LONDON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SONORAN ROOFING, INC. | Case No.: 2:06-CV-02032-LKK-GGH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| STEADFAST INSURANCE COMPANY, ZURICH NORTH AMERICA, ZURICH FINANCIAL SERVICES and UNDERWRITERS AT LLOYD'S, LONDON, | |
| Defendants. | |

<u>RECITALS</u>

WHEREAS, the undersigned are attorneys of record for Plaintiff SONORAN ROOFING, INC. ("Plaintiff SONORAN") and Defendant CERTAIN SYNDICATES AT LLOYD'S, LONDON (erroneously sued herein as UNDERWRITERS AT LLOYD'S, LONDON) ("Defendant UNDERWRITERS"); and

WHEREAS, Plaintiff SONORAN is presently a party to the El Dorado County Superior Court Action No. PC-0050192, entitled *Penny & Larry Wafford v. Laferty Homes, Inc., et al.* ("*Wafford* Action"); and

-1-

STIPULATION AND ORDER TO DISMISS
Case No.:  2:06-CV-02032-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff SONORAN is a named insured under a certain liability insurance policy issued by Defendant UNDERWRITERS; and

WHEREAS, Plaintiff SONORAN has tendered its defense and indemnity in the *Wafford* Action to Defendant UNDERWRITERS under said policy; and

WHEREAS, Defendant UNDERWRITERS has accepted the defense of Plaintiff SONORAN in the *Wafford* Action subject to an express reservation of rights; and

WHEREAS, the instant action relates solely to the rights and obligations as between Plaintiff SONORAN and Defendant UNDERWRITERS under the aforementioned policy issued by Defendant UNDERWRITERS to Plaintiff SONORAN in relation to the *Wafford* Action, and

WHEREAS, Plaintiff SONORAN and Defendant UNDERWRITERS now wish to resolve the instant action;

## STIPULATION

Plaintiff SONORAN and Defendant UNDERWRITERS agree and stipulate as follows:

1. Defendant UNDERWRITERS agrees to waive any potential rights of reimbursement for defense costs and/or indemnity payments incurred by UNDERWRITERS in the defense of SONORAN in the *Wafford* Action, as against Plaintiff SONORAN. The provisions of this Stipulation shall not apply to any disputes or claims which Defendant UNDERWRITERS may have against any of the liability insurers of Plaintiff SONORAN, nor shall the provisions of this Stipulation apply to any disputes or claims which Defendant UNDERWRITERS may have in relation to Plaintiff SONORAN'S capacity as an additional insured, including any claims of entitlement to the recovery of defense costs or indemnity payments from any additional insured carriers;

2. Defendant UNDERWRITERS agrees to amend its express reservation of rights to Plaintiff SONORAN in relation to the *Wafford* Action, in conformity with the foregoing;

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff SONORAN agrees to dismiss the instant action without prejudice, each side to bear its own fees and costs;

4. Plaintiff SONORAN agrees not to re-file the instant action as against Defendant UNDERWRITERS unless and until a dispute arises between plaintiff SONORAN and Defendant UNDERWRITERS as to the existence of an indemnity obligation, or the extent of an indemnity obligation, in the *Wafford* Action under the terms and conditions of the UNDERWRITERS policy issued to Plaintiff SONORAN; and

5. This Stipulation and Order may be executed in several counterparts, and all so executed shall constitute one Stipulation and Order which shall be binding upon all parties hereto, notwithstanding that all parties' signatures do not appear on the same page. A facsimile signature shall be binding upon any party as though it were an original.

## SIGNATURES OF COUNSEL

Dated: March 5, 2007                                      Respectfully submitted,

                                                          FARMER SMITH LAW GROUP, LLC


                                                          By: /s/
                                                          Blane A. Smith, Esq.
                                                          Attorney for
                                                          Plaintiff SONORAN ROOFING, INC.


Dated: March 8, 2007                                      Respectfully submitted,

                                                          BOORNAZIAN, JENSEN & GARTHE


                                                          By: /s/
                                                          Tamiko A. Dunham, Esq.
                                                          Attorney for
                                                          Defendant CERTAIN SYNDICATES AT
                                                          LLOYD'S LONDON

-3-

STIPULATION AND ORDER TO DISMISS
Case No.: 2:06-CV-02032-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

IT IS ORDERED as stipulated above.

<u>DATED:  March 9, 2007.</u>

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-4-
STIPULATION AND ORDER TO DISMISS
Case No.:  2:06-CV-02032-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, I caused a copy of the **STIPULATION AND ORDER** to be served electronically to the following parties as required by the court's ordered Electronic Case Filing (ECF) Program:

| | |
|---|---|
| Blane A. Smith, Esq.<br>Farmer Murphy Smith and Alliston<br>3640 American River Drive, Ste. 150<br>Sacramento, CA  95864-4407<br>(916) 484-3500  phone<br>(916) 484-3510  fax<br>bsmith@farmermurphy.com | **Attorneys for Plaintiff SONORAN ROOFING** |
| Blaise Stephen Curet, Esq.<br>Sinnott, Dito, Moura & Puebla, PC<br>555 Montgomery Street, Ste. 720<br>San Francisco, CA  94111<br>(415) 352-6200  phone<br>(415) 352-6224  fax<br>bcuret@sdmp.com | **Attorneys for Defendant STEADFAST INSURANCE COMPANY** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on March 8, 2007.

_____
ALEXINE BRAUN

-5-
STIPULATION AND ORDER TO DISMISS
Case No.:  2:06-CV-02032-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com